IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

SHAWN RUTIG,

      Appellant,

                              Case No.  5D22-1036
v.                              LT Case No. 2016-CF-1002

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 5, 2022

3.800 Appeal from the Circuit Court
for Lake County,
G. Richard Singeltary, Judge.

Shawn Rutig, Polk City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene Matthews,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


COHEN, EISNAUGLE and WOZNIAK, JJ., concur.